IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL THIERRY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-03-969-C |
| ) | |
| CITY OF OKLAHOMA CITY, a ) | |
| Municipal Corporation, ) | |
| Defendant ) | |

O R D E R

In light of the Journal Entry of Judgment filed April 26, 2005, the remaining motions are stricken as moot.

Accordingly, Defendant City's Application for An Evidentiary Hearing to Enforce a Settlement Agreement; Objection to the Order of Magistrate Argo Dated February 16, 2005, as to "Compliance" with this Courts' Order of October 1, 2004, and Response to Plaintiff's Response to Motion to Withdraw (dkt. 192), Motion to Withdraw as Plaintiff's Attorneys of Record (dkt 187), Defendant City's Application to File a Second Motion for Summary Judgment and/or Motion to Reconsider (dkt 176), and Motion of Defendant Ali to Stay Procedings and Brief Motion to Stay Proceedings (dkt 174) are all stricken as moot.

IT IS SO ORDERED this 28th day of April, 2005.

ROBIN J. CAUTHRON
United States District Judge